IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:17-cr-00367-M-1

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| JOHNNY DEWAYNE MCARTHUR, | |
| Defendant. | |

This matter is before the court on defendant's pro se motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) [De 51] and counseled memorandum in support [DE 55]. The Federal Bureau of Prisons' inmate locator tool indicates that Defendant has been released from custody. Accordingly, the motion is DENIED as moot.

SO ORDERED this 13th day of June, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE